**FILED**

09/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0289

No. DA 23-0289

IN THE

*Supreme Court of the State of Montana*

---

PHOENIX CAPITAL GROUP HOLDINGS, LLC,
A DELAWARE LIMITED LIABILITY COMPANY,

*Plaintiff/Appellant,*

VS.

BOARD OF OIL AND GAS CONSERVATION
OF THE STATE OF MONTANA,

*Defendant/Appellee/Cross-Appellant,*

AND

KRAKEN OIL AND GAS, LLC,

*Intervenor Defendant/Appellee/Cross-Appellant.*

---

ON APPEAL FROM THE MONTANA THIRTEENTH JUDICIAL DISTRICT COURT,
YELLOWSTONE COUNTY, HON. COLETTE DAVIES, PRESIDING
CASE NO. DV-56-2021-1591

---

## ORDER GRANTING THE UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME

Upon the unopposed joint motion of Appellees/Cros-Appellants and good cause appearing, it is so ordered that the Appellees/Cross-Appellants may file and serve their combined response and cross-appeal briefs in this matter on or before October 16, 2023.

Dated this ____ day of September, 2023.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 5 2023